IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT T. LOZANO,

      Petitioner,                No. 2:10-cv-0056 KJN P

   vs.

KEN CLARK,

      Respondent.          <u>ORDER</u>

_____/

      Petitioner has requested the appointment of counsel. Petitioner requests that counsel be appointed to prepare his reply to the answer. There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

      Because the motion for counsel is denied, petitioner is granted an extension of time to file his reply.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Petitioner's July 23, 2010 motion for appointment of counsel (Dkt. No. 20) is

1  denied without prejudice to a renewal of the motion at a later stage of the proceedings;

2        2. Petitioner's reply to the answer is due within thirty days of the date of this

3  order.

4  DATED: July 29, 2010

 

                                                 _____
                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

loza0056.110